**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY ANDRES MONTES,           ) | No. CV 10-3340 CAS (CW) |
|                             ) | |
|         Petitioner,         ) | JUDGMENT |
|                             ) | |
|     v.                      ) | |
|                             ) | |
| ROBERT HOREL, Warden,        ) | |
|                             ) | |
|         Respondent.         ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: March 28, 2011

_____
CHRISTINA A. SNYDER
United States District Judge